1014

No. 87–5745. OLAN *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 87–5751. BROWN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 87–5753. HAYNES *v.* BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5757. CAMPOS *v.* LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–5761. MACGUIRE *v.* ADMINISTRATOR OF THE RAPPAHANNOCK SECURITY COMPLEX. Sup. Ct. Va. Certiorari denied.

No. 87–5766. WILLIAMS *v.* ABSHIRE, SUPERINTENDENT, RIVERSIDE CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 87–5769. NOLL *v.* PETROVSKY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5770. MULAZIM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5771. CHATFIELD *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 87–5774. SULLIVAN *v.* SILVERTHORN ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5775. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 87–5776. MONROE *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5777. MEJIA-SALCEDO *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5779. MCLAUGHLIN *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.